IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| TURNKEY E&P CORPORATION, § | CASE NO. 08-37358-H3-7 |
| § | (Chapter 7) |
| Debtor. § | |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF OPPORTUNITY TO OBJECT

**PLEASE TAKE NOTICE** that the unsecured claim of Core Laboratories LP ("Transferor") against the Debtor in the amount of $292.00, and all Proofs of Claim relating thereto, including Proof of Claim No. 13-1 filed with the Court on December 15, 2008, has been transferred and assigned other than for security to Windrush Operating Co., L.L.C. ("Windrush" or "Transferee"). The signature of the Transferor on this document is evidence of the transfer of the claim and all rights thereunder.

Transferor hereby agrees to waive notice and any opportunity to object to the transfer under Bankruptcy Rule 3001(e)(2).

The undersigned hereby submit this as evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the prepetition claim in the amount of $292.00, originally held by Core Laboratories LP, to Windrush Operating Co., L.L.C. The Clerk of the Court of the United States Bankruptcy Court for the Southern District of Texas is authorized to change the address regarding the claims of Core Laboratories LP to that of the Transferee, as follows:

Windrush Operating Co., L.L.C.
c/o Steven A. Leyh
Leyh & Payne, L.L.P.
9545 Katy Freeway, Suite 200
Houston, Texas 77024
(713) 785-0881 (Telephone)
(713) 784-0338 (Facsimile)
sleyh@leyh-payne.com

Dated: April 26, 2011.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

**Transferor:**

Core Laboratories LP
6316 Windfern Road
Houston, Texas 77040
(713) 328-2673

By: _____
Jay A. Wald
Assistant Credit Manager

**Transferee:**

Windrush Operating Co., LLC
9710 Windrush Drive
Spring, Texas 77379

By: _____
Tom Gaylord
Owner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Transfer of Claim Other than for Security and Waiver of Opportunity to Object was served upon the parties on the attached Service List either electronically by the Court's ECF System or by United States first class mail, postage prepaid, on April 29, 2011.

/s/ Steven A. Leyh
Steven A. Leyh

SERVICE LIST

Hector Duran
Office of U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
Post Office Box 1969
Victoria, Texas 77902

David S. Elder
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011

Donald R. Rector
Glast, Phillips & Murray, P.C.
2200 One Galleria Tower
13355 Noel Road, L. B. 48
Dallas, Texas 75240-6657

Brian A. Kilmer
OKIN ADAMS & KILMER LLP
3102 Maple Ave., Suite 450
Dallas, TX 75201

Mark Schuck
4545 Mount Vernon Street
Houston, Texas 77006

Susan R. Fuertes
14910 Aldine-Westfield Road
Houston, Texas 77032

J. Casey Roy
Attorney General's Office
P. O. Box 12548, MC-008
Austin, Texas 78711-2548

Annie E. Catmull
711 Louisiana Street, Suite 3100
Houston, Texas 77002

Diamond McCarthy LLP
909 Fannin Street, Suite 1500
Houston, Texas 77010

Richard M. Simses, Esq.
1360 Post Oak Boulevard, Suite 1700
Houston, Texas 77056

Ronald S. Gellert
Eckert Seamens Cherin & Mellott, LLC
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102

Robert L. Broussard
Durio, McGoffin, Stagg & Ackermann
220 Heymann Boulevard (70503)
Post Office Box 51308
Lafayette, Louisiana 70505-1308

Rhett G. Campbell
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, Texas 77002

Tesco Services Inc.
c/o J. David Hubenak
3993 West Sam Houston Pkwy N, Ste 100
Houston TX 77041

Lake Arthur Butane Co.
P.O. Box 686
Lake Arthur, LA 70549

Four-O Fluids Power Sales, Inc
2300 DeLAnte
Haltom City, TX 76117

Wilson Supply
P O Box 1492
Houston, TX 77251-1492

Office Alternatives
1800 W. Loop South Ste 1050
Houston, TX 77021

Thomas Petroleum, LLC
c/o Anderson Smith Null & Stofer
P.O. Box 1969
Victoria TX 77902

United Fuels & Lubricants, LLC
P. O. Box 1080
Broussard, LA 70518

Everest Water Inc
1401 S.P.I.D.
Corpus Christi, TX 78416

Kelly Pump & Supply
307 Freds Road
Lake Charles, LA 70615

Superior Energy Services, LLC
5801 US Highway 90 East
Broussard, LA 70518

Axis Capital, Inc.
308 North Locust Street
Grand Island, NE 68801

K-3 Resources Lp
P.O. Box 2236
Alvin, TX 77512

Core Laboratories LP
c/o Jay A Wald
6316 Windfern Rd
Houston, TX 77040

Garrison Park Industries, Ltd.
3915 Crestview Road S.W.
Calgary, AB

AT&T Well Service, Inc.
1094 Bergerson Rigs Rd
Breaux Bridge, LA 70517

The Eads Company
8020 Westglen
Houston, TX 77063

Buckaroo Fuel Company LLC
3756 Tangley Road
Houston, TX 77005-2032

Acme Truck Line, Inc.
P. O. Box 415000
Nashville, TN 37241-5000

TK Stanley, Inc.
P.O. Box 31
Waynesboro, MS 39367

Bop Repair & Machine Inc
825 N Robertson Road
Casper, WY 82604

Spectral, Inc.
212 Isaiah Drive
Lafayette, LA 70508

Harris County, et al
c/o John P. Dillman
PO Box 3064
Houston, Texas 77253-3064

Trevino Industries, Inc.
P. O. Box 1716
Pearland, TX 77588

W.W. Grainger, Inc
7300 N. Melvina Ave. M240
Niles, IL 60714-3998

Derrick Corporation
590 Duke Rd
Buffalo, NY 14225

Duval County, Freer ISD, Webb CISD
c/o Linebarger Goggan Blair & Sampson,LLP
P.O Box 17428
Austin, Tx 78760

Complete Oilfield Mgmt & Maint
PO Box 53463
Lafayette LA 70505

C.C. Crane & Rigging, Inc.
P.O. Box 10450
Corpus Christi, TX 78460

CPL Retail Energy, LLC
P O Box 180
Tulsa, OK 74101-0180

Huffman Radiator Service
212 East Main Street
Sinton TX 78387

Looper Reed & McGraw
1300 Post Oak Blvd., Ste. 2000
Houston, TX 77056

2

Eaton Oil Tools Inc
P O Box 54515
New Orleans, LA 70154-4515

Hallmark Office Products
5650 Guhn Rd #124
Houston, TX 77040

James A Martin Service
412 JeBlanc St
DeQuincy, La 70633

Toledo Mudlogging Srvs, Inc.
P. O. Box 1209
Many, LA 71449

Traco Production Services, Inc.
c/o Onebane Law Firm
Post Office Box 3507
Lafayette, Louisiana 70505-3507

Maverick Directional Services Ltd
P O Box 8429
The Woodlands, TX 77387-8429

Stewart & Stevenson Services
601 W 38th Street
Houston, TX 77018

Bobby Lehmann, Inc
c/o Tim Kleinschmidt
P.O. Box 507
Giddings, TX 78942

Fedex Customer Service Information
3965 Airways Blvd. MODULE G 3rd Floor
MEMPHIS TN 38116

Lynx Information Systems, Inc.
16420 Park Ten Place
Houston, TX 77084

Frank's Casing Crew & Rent Inc.
P.O. Box 51729
Lafayette, LA 70505-1729

Allied Electronics
P O BOX 2325
Fort Worth, TX 76113-2325

Odessa Pumps & Equipment
P. O. Box 69637
Odessa, TX 79769-9637

Stratagraph, Inc.
125 Raggio Rd
Scott, LA 70583

Newpark Mats & Integrated, LLC
c/o Raymond A Beyt
PO Box 52157
Lafayette, LA 70505

Hay Brothers Inc
2510 Opelousas Street
Lake Charles, LA 70601-2754

Multi-Shot, LLC
P. O. Box 3047
Conroe, TX 77305

A&T Well Service, Inc.
c/o Stan Gauthier, II A Law Corporation
1405 Pinhook Rd Ste 105
Lafayette LA 70503

John Deniss, FMC Technologies
500 N. Sam Houston Pkwy W.
Houston, TX 77067

Stallion Oilfield Services Ltd.
c/o The Schuck Law Firm
4545 Mount Vernon Street
Houston, Texas 77006

Dore' & Associates, Attys., P.C.
17171 Park Row, Suite 350
Houston, Texas 77084

Diversified Well Logging, Inc.
711 W. Tenth St.
Reserve, LA 70084

Valerus Compression Srvs, LP
919 Milam, Suite 1000
Houston, TX 77002

Well Control School/Allyson Lyons
8032 Main St.
Houma, LA 70360

Sam Broussard Trucking Co Inc
P. O. Box 11507
New Iberia, LA 70562-1507

MCP Drilling II, LLC
c/o Midland Capital Partners
10975 Benson Dr., Suite 530
Overland Park, Kansas 66210

Black Gold Surveying & Engineering Inc
P O Box 3416
Alice, TX 78333

Geomap Company
110 Geomap Lane
Plano, TX 75074

Blsr Operating, Ltd.
11160 Fm 521
Rosharon, TX 77583

Knight Oil Tools, Inc.
P. O. Box 52688
Lafayette, LA 70505

Internal Revenue Service
Special Procedures - Insolvency
P. O. Box 21126
Philadelphia, PA 19114

Patriot Oilfield Services, LLC
P. O. Box 65
Louise, TX 77455

Maintech International, L.L.C.
c/o Warren, Drugan & Barrows, P.C.
606 N. Carancahua St., Suite 601
Corpus Christi, TX 78476

Iron Mountain Information Mgmt, Inc.
c/o R. Frederick Linfesty, Esq.
745 Atlantic Avenue, 10th Floor
Boston, Massachusetts 02111

Wood Group Logging Services
17420 Katy Freeway, Suite 300
Houston, TX 77094

George Dominguez, Jr.
d/b/a Loma Alta Hot Shot
3660 Co. Rd. 440
Alice, TX 78332

Greenes Energy Group, LLC
PO Box 80129
Lafayette, LA 70598

J-W Measurement Company
c/o Miller Mentzer PC
P O Box 130
Palmer, Texas 75152

Patterson Rental Tools
8032 Main St
Houma, LA 70360

Hose of South Texas, Inc
4455 Baldwin
Corpus Christi, TX 78408-2707

Total Service Supply, Inc.
2505 Jane St
New Iberia, LA 70563

Leasing Associates - Wright Ex
P.O. Box 639
Portland, ME 04104

Laresa Sue Cormie LeBlanc
1005 Laura Circle
Kenner, LA 70063

Baker Hughes Oilfield Operations, Inc.
c/o Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019

4

C.C. Battery Co. Inc.
PO Box 2823
Corpus Christi TX 78403

Scott Moore
6612 Wanita Place
Houston, TX 77007

Bradley Broussard Land Inc.
P.O. Box 52826
Lafayette, LA 70505

John C. Clark d/b/a Petroleum Land Srvs
14011 Conway Landing
Cypress, TX 77429

Person, Whitworth, Borchers & Morales
P. O. Box 6668
Laredo Texas 78042-6668

Michael Lynch-Blosse
212 North Overlook Terrace
Hendersonville, NC 28739

MI Swaco LLC
P.O.Box 200132
Dallas, TX 75320-0132

PHL Leasing, LLC
P. O. Box 582
Franklin, LA 70538

Davis-Lyncg Inc
P.O. Box 262326
Houston, TX 77202-2326

Texas Energy Services L.P.
P.O. Box 2108
Alice, TX 78333

Quest Exploration, LLC
124 Heymann Blvd., Suite 103
P. O. Box 51634
Lafayette, LA 70503

Specialty Rental Tools Supply
1600 E. Hwy 6., Suite #418
Alvin, TX 77511

Halliburton Energy Services, Inc.
2107 CityWest Blvd., Bldg. 4
Houston, TX 77042

Yolanda Andrews-Mattaur
5035 Iberville Street
St. Gabriel, LA 70776

Kennedy County
c/o Linebarger Goggan Blair & Sampson LLP
P O Box 17428
Austin, TX 78760

Paragon Operating Associates, LP
c/o Shelley B. Marmon
2727 Allen Parkway, Suite 1700
Houston, TX 77019

Sirius Solutions LLLP
1233 West Loop South Ste 1800
Houston, TX 77027

Lai Trust
12600 N. Featherwood Dr., Ste. 400
Houston, TX 77034

Gerald H. Schiff
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
400 East Kaliste Saloom Road, Suite 4200
Lafayette, Louisiana 70508

Timothy A. Davidson II/Joseph P. Rovira
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002

John F. McIntyre
Avanti Exploration
P.O. Box 6660
Denver, CO  80206

Solid Rock Commercial Properties
102 Airport Road
Corpus Christi, TX 78405

5